**UNITED STATES DISTRICT COURT**  **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| WILLIE BRANDON TIEUEL, II, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:25-CV-190 |
| | § | |
| FNU DOOLEY, NACOGDOCHES | § | |
| PAROLE OFFICER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Willie Brandon Tieuel, II, a former pretrial detainee at the Angelina County Correctional Facility, proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants FNU Dooley, Tracy Emhoolah, Alicia Sanchez, Ruby Marks, and FNU Goss. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On March 12, 2026, the magistrate judge entered a Report and Recommendation in which he recommended dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (#15). To date, Plaintiff has not filed objections to the report.[1]

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

---

[1]    A copy of the Report and Recommendation was returned as undeliverable with the notation, "Return to Sender, No longer here." (#16).

Accordingly, the Report and Recommendation of the United States Magistrate judge (#15) is **ADOPTED**. A Final Judgment will be entered in this case in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 8th day of April, 2026.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE